### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN JACE ARROW TOP KNOT,<br><br>Defendant. | Case No. CR-19-67-GF-BMM<br><br>**ORDER** |

Dylan Jace Arrow Top Knot, Defendant in the above-entitled action, filed a Request for Family Members to Attend Sentencing Hearing. (Doc. 27.) The Defendant has identified George G.G. Kipp as a proposed witness who may appear without a specific order from the Court. *See* Administrative Order 20-18.

The Defendant has identified twelve additional individuals who he would like to attend his sentencing hearing. The Court appreciates that the Defendant's family remains supportive, but it proves necessary to limit the number people in the Courthouse in light of safety concerns to staff and visitors. *See* Administrative Order 20-18. The Court will permit four of the remaining twelve individuals to attend Defendant's sentencing hearing in person. The individuals unable to attend

may listen to the hearing on the Court's teleconference bridge. Visit https://www.mtd.uscourts.gov/covid-19-telephonic-hearing-information for more information.

**IT IS HEREBY ORDERED** that the Defendant's Request for Family Members to Attend Sentencing Hearing (Doc. 27) is **GRANTED, IN PART,** and **DENIED, IN PART.** Four of the following twelve individuals may attend the Sentencing Hearing scheduled for May 5, 2020, at 11:00 a.m., in person:

Danny Lee Arrowtopknot
Jenice RunningCrane
Daylee Arrow Top Knot
Jessa lee RunningCrane
Melissa RunningCrane
Allen Arrow Top Knot Sr.
Velds Arrow Top Knot
Nathan Arrow Top Knot
Faith No Runner
Isaiah Arrow Top Knot
Jeff Arrow Top Knot
Quintel Arrow Top Knot

DATED this 1st day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court