# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DYLAN JACE ARROW TOP KNOT,<br><br>Defendant. | CR-19-67-GF-BMM<br><br>**ORDER** |

Dylan Jace Arrow Top Knot ("Arrow Top Knot") filed a motion for the early termination of his probation on February 26, 2024. (Doc. 37.) The government does not oppose Arrow Top Knot's motion. The Court conducted a motion hearing on March 20, 2024. (Doc. 40.)

Arrow Top Knot pleaded guilty to assault resulting in serious bodily injury in violation of 18 U.S.C. §§ 1153(a) and 113(a)(6). (Doc. 17); (Doc. 20). The Court sentenced Arrow Top Knot to a term of four years' probation. (Doc. 32.)

The Court, after considering the factors set forth in 18 US.C. § 3553(a), may terminate a term of probation at any time in the case of a misdemeanor, or after one year of probation in the case of a felony, so long as the Court is satisfied that such action is warranted by the conduct of the defendant and is in the interest of justice. 18 U.S.C. § 3564. The Court must consider the factors set forth in 18 U.S.C. §

3553(a) when evaluating whether to terminate a term of probation. *Id.* Relevant factors include the nature and circumstances of the offense, the need for the sentence imposed to reflect the seriousness of the offense, and the need to afford adequate deterrence to criminal conduct, amongst other factors. 18 U.S.C. § 3553(a).

Arrow Top Knot has advised that he began his term of probation on May 5, 2020. (Doc. 38 at 2.) Arrow Top Knot advises that his probation terminates on May 5, 2024. (*Id.*) Arrow Top Knot reports that he has been in compliance since August of 2022, and that he works full time as a cashier at Glacier Family Foods. (*Id.*) The Court determines that the factors listed in § 3553(a) support the early termination of Arrow Top Knot's probation. He has served approximately three years and ten months of his four-year term of probation. This term reflects the seriousness of the offense. Arrow Top Knot also has likely been deterred from future criminal conduct, as evidenced by him being in compliance with the terms of his probation for over 18 months.

Accordingly, **IT IS HEREBY ORDERED** that Arrow Top Knot's Motion for Early Termination of Probation (Doc. 37) is **GRANTED.**

**DATED** this 20th day of March, 2024.

_____
Brian Morris, Chief District Judge
United States District Court